# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel F. O'Brien<br>    <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 11-19654 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, s/i/i Bank of America, National Association s/b/m LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE8, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7603

                  Respectfully submitted,

                  **/s/Thomas Puleo, Esquire**
                  Thomas Puleo, Esquire
                  Brian C. Nicholas, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 825-6306  FAX (215) 825-6406