United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 11-19654-elf
Daniel F. O'Brien                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW         Page 1 of 2            Date Rcvd: Feb 17, 2017
                            Form ID: 138NEW        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db             #+Daniel F. O'Brien,    3187 Hollow Road,   Malvern, PA 19355-8651
12655778       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
12653243       +BMW Bank of North America, Inc,    P.O. Box 201347,   Arlington, TX 76006-1347
12632620        Bank of America,    P.O. Box 15019,   Wilmington, DE 19886-5019
12782934       +CAPITAL ONE BANK (USA), N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
12632622       +Capital One,    P.O. Box 71083,   Charlotte, NC 28272-1083
12632623       +Central Tax Bureau of PA,    128 W. 2nd Street,   Berwick, PA 18603-4798
12632624        Chase Manhattan Mortgage,    3415 Vision Drive,   Columbus, OH 43219-6009
12632626       +Citadel Credit Union,    P.O. Box 72147,   Thorndale, PA 19372-0147
12632628       +Equifax,    P.O. Box 740241,   Atlanta, GA 30374-0241
12632629       +Experian,    Profile Maintenance,   P.O. Box 9558,    Allen, Texas 75013-9558
12632630        HSBC- Mastercard,    Card Services,   P.O. Box 88000,    Baltimore, MD 21288-0001
12635821       +J.P. Morgan Chase Bank, N.A,    c/o ANN E. SWARTZ,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
12632632        PA Dept. of Revenue,    Bankruptcy Division,   Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
12632633       +Sears,    P.O. 6283,   Sioux Falls, SD 57117-6283
12632634       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
12773399       +US Bank NA,    Chase Records Ctr.,   700 Kansas Lane,    Monroe, LA 71203-4774
12632635        VISA,    Card Services,   P.O. Box 219736,   Kansas City, MO 64121-9736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 18 2017 02:37:07     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2017 02:35:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2017 02:36:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 18 2017 02:28:46
                 BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13435416       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 18 2017 02:28:50
                 BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
12651782        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 18 2017 02:29:30
                 BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
12632621       +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 18 2017 02:28:59     BMW Financial,
                 P.O. Box 78066,    Phoenix, AZ 85062-8066
12632625       +E-mail/Text: ecf@ccpclaw.com Feb 18 2017 02:35:01     Cibik and Cataldo, P.C.,
                 1500 Walnut Street,    Suite 900,   Philadelphia, PA 19102-3518
12642907       +E-mail/Text: bankruptcycollections@citadelbanking.com Feb 18 2017 02:37:25
                 Citadel Federal Credit Union,    520 Eagleview Blvd,   Exton PA 19341-1119
12632627       +E-mail/Text: bankruptcy@phila.gov Feb 18 2017 02:37:06     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,   1515 Arch Street,   Philadelphai, PA 19102-1504
12632631        E-mail/Text: cio.bncmail@irs.gov Feb 18 2017 02:35:15     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
12683243       +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:36:26     OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12725926        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:29:03
                 Portfolio Recovery Associates, LLC,    PO BOX 12914,   Norfolk, VA 23541
12725244        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:29:04
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13024764       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:29:37
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +BMW Bank of North America,    c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
cr*            +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
12785374*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk, VA 23541)
                                                                                            TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: ChrissyW            Page 2 of 2            Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:

```
          ANN E. SWARTZ    on behalf of Creditor   J.P. Morgan Chase Bank, N.A., as Servicer
           ecfmail@mwc-law.com,  ecfmail@mwc-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et al
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, as Trustee, s/i/i
           Bank of America, National Association s/b/m LaSalle Bank National Association, as Trustee for
           Certificateholders of Bear Stearns Asset Backed Securiti bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Daniel F. O'Brien ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Plaintiff Daniel F. O'Brien ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Daniel F. O'Brien ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, as Trustee, s/i/i Bank
           of America, National Association s/b/m LaSalle Bank National Association, as Trustee for
           Certificateholders of Bear Stearns Asset Backed Securiti tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Daniel F. O'Brien
    Debtor(s)

Bankruptcy No: 11−19654−elf
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 2/17/17

45 – 44
Form 138_new