United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 11-19654-elf
Daniel F. O'Brien                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Feb 17, 2017
                 Form ID: 212    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db          #+Daniel F. O'Brien,    3187 Hollow Road,    Malvern, PA 19355-8651

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
            ANN E. SWARTZ    on behalf of Creditor    J.P. Morgan Chase Bank, N.A., as Servicer
             ecfmail@mwc-law.com,    ecfmail@mwc-law.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et al
             bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, as Trustee, s/i/i
             Bank of America, National Association s/b/m LaSalle Bank National Association, as Trustee for
             Certificateholders of Bear Stearns Asset Backed Securiti bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            MICHAEL A. CATALDO2    on behalf of Debtor Daniel F. O'Brien ecf@ccpclaw.com,
             igotnotices@ccpclaw.com
            MICHAEL A. CATALDO2    on behalf of Plaintiff Daniel F. O'Brien ecf@ccpclaw.com,
             igotnotices@ccpclaw.com
            MICHAEL A. CIBIK2    on behalf of Debtor Daniel F. O'Brien ecf@ccpclaw.com,
             igotnotices@ccpclaw.com
            THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee, s/i/i Bank
             of America, National Association s/b/m LaSalle Bank National Association, as Trustee for
             Certificateholders of Bear Stearns Asset Backed Securiti tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                        TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                  Chapter: 13

    Daniel F. O'Brien

Debtor(s)                                                                           Case No: 11–19654–elf

___

*ORDER*

AND NOW, 2/17/17 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Chief Judge ,United States
Bankruptcy Court

46
Form 212