Certificate Number: 16339-PAE-DE-028807708

Bankruptcy Case Number: 11-19654



16339-PAE-DE-028807708

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2017, at 5:15 o'clock PM EST, Daniel O'brien completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 23, 2017

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor