## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                       :Chapter 13

Daniel F. O'Brien

(DEBTOR)                                            :Bankruptcy No. 11-19654ELF13

**P R A E C I P E**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend address of above captioned client to:

3105 Trinity Court
Chester Springs, PA 19425

Date: March 15, 2017                                   BY: /s/ Michael A. Cataldo
                                                       MICHAEL A. CATALDO, ESQUIRE
                                                       Cibik & Cataldo, P.C.
                                                       1500 Walnut Street, Suite 900
                                                       Philadelphia, PA  19102
                                                       215-735-1060/fax 215-735-6769